UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNINGS CONSTRUCTION SERVICES CORPORATION,**

Plaintiff,

-vs-          Case No. 6:10-cv-1671-Orl-28KRS

**ACE AMERICAN INSURANCE COMPANY,**

Defendant.
_____

ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 18) filed December 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 16, 2011 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. No. 18) is **DENIED**.

3. Defendant's Request for Oral Argument (Doc. No. 34) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this ___8___ day of April, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party